IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


MARCUS ROBINSON,
# 511545,

    Plaintiff,

v.                                            CASE NO. 1:06-cv-00181-MP-AK

COLUMBIA COUNTY DETENTION
CENTER, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate Judge, recommending that this case be transferred to the United States District Court for the Middle District of Florida.  The Magistrate Judge filed the Report and Recommendation on Friday, September 29, 2006.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.  In this instance, however, no objections were made.

The Court agrees with the Magistrate that because the events giving rise to this case occurred at the Columbia County Detention Center, which is in the Middle District, the case should proceed that in that District.  Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.        The Magistrate Judge's Report and Recommendation is adopted and incorporated

      by reference in this order.

2.      The Clerk is directed to transfer this case to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

**DONE AND ORDERED** this  *31st* day of October, 2006

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
